**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------X
                                                            :
MALIBU MEDIA, LLC,                                          :
                                                            :    Case No. 1:15-cv-00556-DLC
                              Plaintiff,                    :
                                                            :    Judge Denise L. Cote
              vs.                                           :
                                                            :
                                                            :
JOHN DOE subscriber assigned IP address                     :
184.153.12.99,                                              :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; (2) Declaration of Colette Field in support of this motion; (3) Declaration of Patrick Paige in support of this motion; and (4) Declaration of Tobias Fieser in support of this motion, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Time Warner Cable, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

                                                    Respectfully submitted,

By:   /s/ Jacqueline M. James__
        Jacqueline M. James, Esq. (1845)
        The James Law Firm, PLLC
        445 Hamilton Avenue
        Suite 1102
        White Plains, New York 10601
        T: 914-358-6423
        F: 914-358-6424
        E-mail: jjameslaw@optonline.net
        *Attorneys for Plaintiff*